AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ESLI GADIEL MOLINA-VARGAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0902-H


I, ESLI GADIEL MOLINA-VARGAS , the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  3/27/08  prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.


Molina E.
_____
Defendant

_____
Counsel for Defendant   Robert Garcia

Before _____
JUDICIAL OFFICER